## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen P.O. Kranz, Donal R. Parks, and<br>Round Table Properties-MN L.L.C., | Civil No. 05-191 (RHK/AJB ) |
| Plaintiffs, | **ORDER** |
| v. | |
| David Kohlenberger, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal of Plaintiffs' Claim against Defendant Amy Jasper-Fenske (Doc. No. 191), **IT IS ORDERED** that all of Plaintiffs' claims against Defendant Amy Jasper-Fenske are **DISMISSED WITH PREJUDICE**, each party to bear its own costs**.**

Dated: February 27, 2006

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge